UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 19-3424JJo

UNITED STATES OF AMERICA

vs.

REYNALDO VERDE

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __x__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
Karen Rochlin, AUSA
Court I.D. NO. A5500050
99 N. E. 4th Street
Miami, Florida 33132
TEL (305) 961-9234
FAX (305) 536-5321

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Reynaldo Verde,<br><br>Defendant(s) | ) ) ) ) ) ) )   Case No. 19-3424 JJO |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January, 2017-Present   in the county of   Miami-Dade   in the   Southern   District of   Florida and elsewhere  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1951 | Interference with commerce by means of extortion and attempted extortion |

This criminal complaint is based on these facts:
See the attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Timothy M. Augustyniak, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date:   09/06/2019

_____
Judge's signature

City and state:   Miami, Florida

John O'Sullivan, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A COMPLAINT

I, Timothy A. Augustyniak, being first duly sworn, hereby depose and state as follows:

1. I am providing this affidavit to support a criminal complaint charging **REYNALDO VERDE (VERDE)** with violation of Title 18, United States Code, Section 1951(a), for interfering and attempting to interfere with commerce in the Southern District of Florida and elsewhere by means of extortion.

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been so employed since 2015, investigating federal criminal violations. During this time I have been assigned to investigations of homicides, kidnappings, extortions and white collar crimes. My educational background includes degrees in Technology and Engineering. Prior to becoming an FBI Special Agent, I worked as a Satellite Systems Engineer and a Senior Test Engineer for the Department of Defense. I am currently assigned to the FBI Miami field office and specialize in investigating International Violent Crimes as a member of an extraterritorial squad that covers Latin America and the Caribbean. As a Special Agent, I have received training and gained experience in the investigation of crimes involving the use of electronic communications services, such as e-mail, social media websites, cell phones, and applications.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, I submit that there is probable cause to believe that **VERDE** has engaged in extortion, as defined in Title

18, United States Code, Section 1951(b)(2), and attempted extortion, in violation of Title 18, United States Code, Section 1951(a).

5. From approximately October, 2016, through the date of this affidavit, **VERDE** was the Assistant Commissioner of the Department of General Sales Tax (GST) for the Government of Belize. Among its other functions, according to Belize's government website for the GST (http://gst.gov.bz/about-us-2/; last reviewed on September 5, 2019) the GST is responsible for the registration of all taxable persons, collections, return filing, and creation of assessments, and the management and coordination of all GST liabilities. After **VERDE**, another assistant commissioner, and an official with the title of Legal Officer, the only official with a higher rank within the GST is its Commissioner.

6. Chris Williams (Williams), a United States citizen, is the CEO of Legacy Global Development (LGD), a real estate company headquartered in San Diego, California. In October, 2016, LGD purchased a resort development project in northern Belize for approximately $11.25 million in United States dollars (USD). The resort is called Orchid Bay Belize. Williams has flown from the United States to Belize for the Orchid Bay Belize project on various occasions. Several of these flights have included travel through airports in the Southern District of Florida.

7. To develop the Orchid Bay Belize resort property, LGD hired NXT Level Development, a construction firm with its principal place of business in Weston, Florida. The founder and CEO of NXT Level Development is Andrew Duckworth. Andrew Duckworth supervised work for the Orchid Bay Belize project from Weston, Florida, and on one occasion, traveled from Miami International Airport to Belize in connection with NXT Level Development's work on the project.

8. LGD has been advertising the Orchid Bay Belize project, primarily through Internet platforms such as Facebook and Google. The advertising targets specific markets, and one such market falls within the Southern District of Florida.

9. In early 2017, an intermediary acting on behalf of **VERDE** contacted Williams. The intermediary relayed that **VERDE** wanted a clandestine meeting to see if **VERDE** could help Williams with allegedly delinquent tax obligations arising from the Orchid Bay Belize project. Williams was aware of **VERDE**'s official position as the GST's Assistant Commissioner.

10. Subsequently, on January 19, 2017, Williams met with **VERDE** at the Radisson Hotel in Belize City, Belize. Williams, acting on his own, covertly recorded his conversation with **VERDE**. During the conversation, **VERDE** maintained that Williams owed a $1 million Belizean dollar (BZD) (approx. $500,000 USD) tax liability on the Orchid Bay Belize property. LGD had hired a local accountant in Belize and retained counsel in Belize for assistance and advice, among other topics, on tax matters for Orchid Bay. Williams reports that while GST taxes are owed in connection with Orchid Bay, he has been advised that the actual amount of such taxes is only $300,000 BZD, or $700,000 BZD less than the amount **VERDE** stated during the meeting.

11. Williams has informed me of **VERDE**'s statements during the rest of the January 19, 2017 meeting, and has provided the recording he made of the meeting to the FBI. During the meeting, **VERDE** explained to Williams that Williams needed to register his company. **VERDE** further explained that Williams needed to start a new company and move all of the unsold Orchid Bay condominium units and villas to the new company. If this was not done, according to **VERDE** Williams would be forced to pay back taxes and penalties/interest. Williams asked **VERDE** about the investigation of Orchid Bay's tax liability, and **VERDE** responded "I am in charge." **VERDE**

3

further explained that by setting up another company, everything could be put on pause. Later during the conversation, **VERDE** stated that he could "make that disappear" and that they could "muzzle him," in reference to the tax investigator. **VERDE** then told Williams "I give you, you give me," and explained that Williams could pay 50% or so, but that is negotiable.

12. Williams understood **VERDE**'s statements during the January 19, 2017 meeting to consist of a demand for a bribe payment, amounting to approximately 50% of the inflated tax liability **VERDE** described, and in exchange **VERDE** would use his official position to eliminate tax issues for Orchid Bay.

13. Williams has also explained that to lawfully address Orchid Bay's actual tax liability of $300,000 BZD, his company needs to apply to collect and pay the GST taxes, disclose and declare any failure to pay past GST taxes, and then pay what is owed. Williams understood **VERDE**'s proposal to involve registration of a newly formed company with the GST for Orchid Bay which would allow him to conceal false omissions of past failures to pay taxes, falsely reducing the amount of any payment to GST.

14. Williams was not interested in making a bribe payment to **VERDE**. After the January 19, 2017 meeting, Williams began a series of efforts to contact U.S. law enforcement authorities. Williams reported a series of WhatsApp messages he received from **VERDE** to law enforcement, including a January 26, 2017 message where **VERDE** further inflated the amount of Orchid Bay's tax liability to $8,000,000 BZD, and demanded that Williams arrange to pay **VERDE** $4,000,000 BZD. Williams also reported messages that **VERDE** sent on February 18, 2017, in which **VERDE** wanted to know if Williams had decided on his "proposed offer" and telling him this was necessary before "moving to registration."

15. On July 26, 2017, Williams received an electronic mail message from an LGD employee working at Orchid Bay that stated, among other matters, that "the GST supervisor pulled me in the office again the other day asking when you [Williams] will be back in Belize, as you need to contact him. He mentioned detainment since you only seem to enter on weekends when he is off."

16. In late 2017, the Miami field office of the FBI undertook an investigation of Williams' reports concerning **VERDE**. On November 13, 2017, while he was in the Southern District of Florida, Williams placed a consensually recorded telephone call to **VERDE** in the presence of FBI SA Charles M. Bryden and SA Paul Clark. An initial call was placed at approximately 10:32 a.m. via Whatsapp. **VERDE** did not answer the call. A second call was placed at approximately 10:33 a.m. via cellular phone which Verde answered. The call was recorded and lasted approximately eight minutes. During the call, in summary, Williams asked **VERDE** about resolving their issue. Williams stated "you had previously offered to help this go away." **VERDE** stated "yea we can discuss." Williams stated "I am nervous to come to Belize…..ever since your colleague threatened to throw me in jail." Williams repeatedly stated that it was too dangerous for him to travel back to Belize. Williams also stated that his project had been delayed and that he had to restart it.

17. On December 2, 2017, Williams contacted FBI SA Bryden via telephone to inform SA Bryden that he has just spoken with **VERDE** via Whatsapp. Williams proposed a meeting in Mexico **VERDE** agreed meeting face to face in Mexico would be a good idea and that he was probably available to do so the first weekend in January 2018; however, **VERDE** wanted Williams to pay for his travel expenses. **VERDE** asked Williams if he would still like to resolve his tax bill informally and Williams stated that he would like to speak to him about this in person. A meeting was arranged for January 6, 2018, in Cancun, Mexico; however, a few days before the agreed upon

5

meeting, **VERDE** informed Williams that he would not leave Belize to meet with him because Williams would not cover his travel expenses and because **VERDE** was scared of going to Mexico.

18. On November 16, 2018, SA Bryden and SA Timothy Augustyniak spoke with Williams. During this call, Williams stated that he planned to return to Belize in 2-3 weeks to meet with his Orchid Bay construction crew. He planned on flying in a private jet with a personal security detail. Individuals at the site had told Williams that men had come by asking for Williams by name. Williams believed these men probably worked for **VERDE**. The men had said that Williams still owed taxes of $2 million USD. Williams stated that he would attempt to re-open communication directly with **VERDE** in an effort to resolve the tax issue. Williams had not been able to travel to Belize since Verde threatened to have him arrested for not paying him the tax bill.

19. Williams proposed meeting with **VERDE** in Chetumal, Mexico on the Mexican border with Belize in April 2019. **VERDE** initially agreed to meet on Saturday April 13, 2019. About a week prior to the meeting, **VERDE** again backed out.

20. On April 9, 2019, Williams informed SA Bryden that he had spoken on the phone with **VERDE**. **VERDE** stated that he would not leave Belize and travel to Chetumal to meet with Williams. Williams explained to **VERDE** that he did not want to meet with **VERDE** in Belize because he was afraid something might happen to him. **VERDE** suggested they meet in the free trade zone between Belize and Mexico. Williams stated "Ya know, I am breaking the law here. I have to be careful." **VERDE** responded, "send a representative then." Ultimately, Williams agreed to meet **VERDE** in the free trade zone on August 24, 2019; however, on the day of the meeting, **VERDE** said that he would only meet Williams at Orchid Bay.

21. On August 24, 2019, SA Bryden and SA Augustyniak met Williams at the Orchid Bay Resort in Corozal, Belize. SA Bryden and SA Augustyniak provided Williams with three recording devices to wear during his upcoming meeting with **VERDE**. In the early afternoon, **VERDE** arrived at the resort and walked into the bar/restaurant at Orchid Bay Resort. SA Bryden and SA Augustyniak were sitting at a table eating lunch. SA Bryden and SA Augustyniak witnessed **VERDE** enter, wearing what appeared to be a handgun on the right side of his waist, barely covered by a tight shirt. **VERDE** sat down with Williams. The Agents met with Williams at his condo after the meeting and recovered the recording devices.

22. In the recorded conversation, Williams and **VERDE** discuss the tax bill of approximately $6 million BZD (approximately $3 million USD). **VERDE** explained that Williams needed to make a deposit of 25% and then pay the rest within 24 months. **VERDE** explained that the government of Belize will start freezing assets if this is not resolved. **VERDE** acknowledged that development at Williams' resort had been slowed because of the tax issue. **VERDE** and Williams discussed the fact that once the sales numbers are reported to the government, it will become public knowledge. **VERDE** stated "exactly, it cannot go away." Williams asked if he should under report the numbers and **VERDE** said "yeah." **VERDE** then explained that Williams needed to go back 6 months or a couple of years instead of several years, which would then lower Williams' tax obligation to the government. By doing it this way, Williams will get a receipt of payment to the government. **VERDE** stated he would have to look at the numbers and let him know how far back to go.

23. **VERDE** asked Williams how much money he has available to pay. Williams stated that he has a couple hundred thousand dollars. **VERDE** responded with "$500,000?" Williams responded with "no, probably $200,000."

24. Williams then asked how much he would have to pay and **VERDE** stated that Williams had already spoken to **VERDE**'s intermediary about the number. Prior to the recorded meeting, **VERDE**'s intermediary had sent Williams a message via WhatsApp that stated the amount **VERDE** wanted.

25. Williams and **VERDE** agreed that the amount, consistent with the WhatsApp message, was $350,000 BZD. Williams explained that it would be a problem for him to send a wire. **VERDE** responded "definitely not, it would have to be cash." **VERDE** and Williams then discussed the best way to get cash into Belize for **VERDE**. **VERDE** stated "there's a ways and means, you'll have to figure it out." **VERDE** instructed Williams to get a Belize bank account, but Williams suggested they meet in the US, Mexico or Panama. **VERDE** declined meeting in those locations. **VERDE** expressed concern about passing through Mexico or the US because they would check his bags. **VERDE** then instructed Williams to talk to his local contact about a solution.

26. Williams and **VERDE** then discussed Williams giving him property instead. **VERDE** stated "that would be an issue, they would want to know how I got the money to buy it." They then discussed having land transferred to a new company and then Williams would transfer the new company to **VERDE**. **VERDE** stated that he would have to check into that. **VERDE** then asked Williams "do you have an initial deposit for today?" Williams stated "I have a thousand dollars in cash." **VERDE** responded "that little amount you are bringing?" Williams then paid **VERDE** $1,000 USD in cash.

8

27. Williams has advised that **VERDE**'s efforts to use his official position to extort bribes as set forth above in this affidavit has delayed his ability to complete the development of Orchid Bay Belize. Because Williams cannot show his GST taxes are paid and current, he has not been able to obtain loans to further development of the resort. In the absence of such loans, he has not been able to continue to utilize the services of NXT Level Development, based in Weston, Florida, for the Orchid Bay development. Accordingly, **VERDE**'s actual and attempted extortion has obstructed, delayed and affected commerce within the Southern District of Florida.

FURTHER AFFIANT SAYETH NOT.

_____
TIMOTHY AUGUSTYNIAK
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn to before me this 6th day of September, 2019 in chambers in Miami, Florida.

_____
JOHN O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE